UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER GARDELLA,

                              Plaintiff,

          v.

MANHATTANVILLE COLLEGE,

                              Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/16/2023

ORDER TO SHOW CAUSE
WITHOUT
EMERGENCY RELIEF

Civil Action No. 7:23-cv-78 (VB)

Upon the affidavit of Nathaniel K. Charny, sworn to on the 15th day of February, 2023, which includes copies of all pleadings and a copy of the affidavit of service of the original summons and complaint, it is

ORDERED that the above named defendant show cause before Hon. Vincent L. Briccetti, in Courtroom 620 of the United States Courthouse, 300 Quarropas Street, White Plains, New York, on __March 30_____, 2023, at __10:00 a.m.__ ~~o'clock~~, or as soon thereafter as counsel may be heard, why a default judgment should not be entered against the above named defendant and why the Court should not thereafter hold an inquest on all available damages;

AND IT IS FURTHER ORDERED that opposing papers, if any, shall be served and filed on or before __March 23_____, 2023,

AND IT IS FURTHER ORDERED that plaintiff shall personally serve a copy of this
                              supporting documents
Order and ~~plaintiff's submissions~~ on or before __February 27_____, 2023, upon the defendant or its counsel, ~~which shall be deemed good and sufficient service thereof.~~
and proof of such service shall be filed on the ECF docket by March 3, 2023.

1

DATED:      White Plains, New York
            February 16        , 2023

_____

                        Hon. Vincent L. Briccetti
                        United States District Judge