UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER GARDELLA,

        Plaintiff,

v.

MANHATTANVILLE COLLEGE,

        Defendant.

Civil Action No. 7;23-cv-78 (VB)

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Peter Gardella and Defendant Manhattanville College, through their respective undersigned counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), any and all of Plaintiff's claims in the above-referenced action against Defendant are dismissed without prejudice and each party to bear his or its own costs.

IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be signed by electronic, photocopy, or facsimile signatures, each of which shall be deemed to be and treated as an original.

Dated: Rhinebeck, New York
       May 15, 2023

*/s/ Nathaniel K. Charny*
Nathaniel K. Charny
Charny & Wheeler P.C.
42 West Market Street
Rhinebeck, New York 12572
(845) 876-7500
ncharny@charnywheeler.com

Attorneys for Plaintiff

Dated: White Plains, New York
       May 16, 2023

*/s/ Samuel G. Dobre*
Samuel G. Dobre
Bond Schoeneck & King PLLC
600 Third Avenue, 22nd Floor
New York, New York 10016
(646) 253-2320
sdobre@bsk.com

Attorneys for Defendant